# EXHIBIT D

## AFFIRMATION OF SERVICE

**SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK**

| | |
|---|---|
| Index #: | **154321/2024** |
| Date Filed: | **May 10, 2024** |
| Court Date: | |
| Assigned Justice: | |

ATTORNEY(S): MERSON LAW PLLC     PH: (212) 603-9100
ADDRESS: 950 Third Avenue, 18th Flr New York, NY 10022   File No.: 154321/2024

**KATHRYN ROBB**

*Plaintiff*

VS.

**GEORGE ROBB JR., ET AL.,**

*Defendant*

_____HANK LOGSDON #175_____, affirms and says: Deponent is not a party herein, is over 18 years of age and resides in Florida. On **Wednesday, May 22, 2024** at **9:15 AM**. at **3730 SUNRISE LN, KEY WEST, FL 33040** deponent served the within

**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND VERIFIED COMPLAINT WITH EXHIBIT(S)**

on: _____ **GEORGE ROBB JR.** _____

_____**Defendant**_____ therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** ☒   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person. Said premises is subjects [  ] actual place of business [ X ] dwelling house (usual place of abode) within the state.

**#2 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex: ___Male___   Color of skin: ___White___   Color of hair: ___Blonde___   Age: ___55-65___   Height: ___5ft9in-6ft0in___
Weight: ___161-200 lbs___   Other Features: _____

**#3 WIT. FEES** ☐   $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 MILITARYSRVC** ☒ Your deponent asked person spoken to whether the defendant was in the active military service of the United States or Florida and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#5 OTHER** ☐

**#6 MAIL COPY** ☐   On _____, deponent completed service by depositing a true copy of each document the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Florida.   Certified Mail #:

I affirm on *May 24*, 20*24* under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
HANK LOGSDON #175
Server's Lic #
InvoiceWorkOrder 2322910

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Index No.: **154321/2024**
Date Filed:**05/09/2024**

**AFFIRMATION OF SERVICE**

| | |
|---|---|
| Plaintiff(s): | **Kathryn Robb** |
| Defendant(s): | **George Robb Jr, et al** |

**Robert Trainor**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **05/13/2024** at **10:44 AM**, I served the Notice of Electronic Filing; Summons and Complaint to

**Glen Feinberg** at **3 Munson Rd, Pleasantville, NY 10570** in the manner indicated below:

**PERSONAL SERVICE**: By delivering a true copy of said documents to the individual personally. The individual served confirmed their identity at the time of service. An approximate description of Glen Feinberg is as follows:

Sex: **Male**  Color of skin/race: **White** Color of hair: **Salt and Pepper** Age: **60-70** Height: **5ft 7in - 5ft 9in** Weight: **161-200 lbs lbs.**

The undersigned asked whether Glen Feinberg was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that Glen Feinberg is not in the military and is not financially dependent on someone in active military service of the United States or the State of New York.

I affirm on ___May 14, 2024___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x __Robert Trainor_____
Robert Trainor

**Merson Law PLLC**





*219608*

1 of 1

# AFFIRMATION OF SERVICE

| | |
|---|---|
| | Index #: __154321/2024__ |
| **SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK** | Date Filed: __May 10, 2024__ |
| | Court Date: __June 5, 2024__ |
| | Assigned Justice: _____ |

ATTORNEY(S): MERSON LAW PLLC      PH: (212) 603-9100
ADDRESS: 950 Third Avenue, 18th Flr New York, NY 10022 File No.: 154321/2024

### KATHRYN ROBB

Plaintiff

VS.

### GEORGE ROBB JR., ET AL.,

Defendant

_____MARVIN SIMON_____, affirms and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On   . **Monday, May 20, 2024** at **4:50 PM** .

at _____4 W RED OAK LANE, SUITE 203, WHITE PLAINS, NY 10604_____ deponent served the within

__NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), ORDER TO SHOW CAUSE, AFFIRMATION IN SUPPORT WITH EXHIBITS AND RJI__

on: _____FULLERTON BECK, LLP_____

__Defendant__ therein named.

**#1 CORPORATION** ☒ By delivering to and leaving with __JANE DOE - NAME REFUSED, Managing Agent__ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#2 DESCRIPTION** ☒
(use with #1, 2 or 3)

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: __Female__    Color of skin: __White__    Color of hair: __Blonde__    Age: __60-67__    Height: __5ft0in-5ft3in__
Weight: __155-169__    Other Features:

**#3 WIT. FEES** ☐    $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

I affirm on **5·21**, 20**24** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_signature_

MARVIN SIMON
Server's Lic #
InvoiceWorkOrder 2322994

### One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729    Lic # 1310235

# AFFIRMATION OF SERVICE

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

| | |
|---|---|
| Index #: | 154321/2024 |
| Date Filed: | May 10, 2024 |
| Court Date: | June 5, 2024 |
| Assigned Justice: | |

ATTORNEY(S)    : MERSON LAW PLLC    PH: (212) 603-9100
ADDRESS:  950 Third Avenue, 18th Flr New York, NY 10022  File No.: 154321/2024

### KATHRYN ROBB

Plaintiff(s)/Petitioner(s)

*vs.*

### GEORGE ROBB JR., ET AL.,

Defendant(s)/Respondent(s)

HANK LOGSDON # 175 , affirms and says: Deponent is not a party herein, is over 18 years of age and resides in Florida. On **Monday, May 20, 2024** at **6:07 PM** . at **3730 SUNRISE LANE, KEY WEST, FL 33040** deponent served the within

**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb),ORDER TO SHOW CAUSE, AFFIRMATION IN SUPPORT WITH EXHIBITS AND RJI**

on:    GEORGE ROBB JR

___Defendant___    therein named.

**#1 AFFIXING TO DOOR** [X]    By affixing a true copy of each to the door of said premises, which is recipient's: [  ] actual place of business  [X] dwelling house (place of abode) within the state. The place of Business/Employment were not known to the server.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

,05/20/2024 6:07 PM

Address confirmed by _____

**#3 WIT_FEES** [ ]    $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 MILITARYSRVC** [ ]    Your deponent asked person spoken to whether the defendant was in the active military service of the United States or Pennsylvania State and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#5    OTHER** [ ]

I affirm on MAY 24 20 24 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
HANK LOGSDON # 175
Server's Lic #

**#2 MAIL_COPY** [X]    SUSAN CORTINA, affirms and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On, 5/20/2024 deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Certified Mail #:

I affirm on 5-24 , 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
SUSAN CORTINA
InvoiceWorkOrder 2322993

*ONE WORLD JUDICIAL SERVICES, INC.* - PO BOX 776-DEER PARK NY 11729    LIC # 1310235

1 of 1

**AFFIRMATION OF SERVICE**

| | |
|---|---|
| Index #: | 154321/2024 |
| Date Filed: | May 10, 2024 |
| Court Date: | June 5, 2024 |
| Assigned Justice: | |

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

ATTORNEY(S):  : MERSON LAW PLLC    PH: (212) 603-9100
ADDRESS: 950 Third Avenue, 18th Flr New York, NY 10022  File No.: 154321/2024

**KATHRYN ROBB**

*Plaintiff(s)/Petitioner(s)*

*VS.*

**GEORGE ROBB JR., ET AL.,**

*Defendant(s)/Respondent(s)*

_____ **MARVIN SIMON** _____ . affirms and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On        **Monday, May 20, 2024**        at        **6:30 PM** .
at                **3 MUNSON ROAD, PLEASANTVILLE, NY 10570**                deponent served the within
**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb),ORDER TO SHOW CAUSE, AFFIRMATION IN SUPPORT WITH EXHIBITS AND RJI**

on: _____ **GLEN FEINBERG** _____

_____ **Defendant** _____ therein named.

**#1 AFFIXING TO DOOR** [X]  By affixing a true copy of each to the door of said premises, which is recipient's: [  ] actual place of business  [ X ] dwelling house (place of abode) within the state. The place of Business/Employment were not known to the server.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

**,05/20/2024 6:30 PM**

Address confirmed by _____

**#3 WIT FEES** [ ]  $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 MILITARYSRVC** [ ]  Your deponent asked person spoken to whether the defendant was in the active military service of the United States or Pennsylvania State and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#5 OTHER** [ ]

I affirm on 05/21/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Ma___ ___* (signature)
**MARVIN SIMON**
Server's Lic #

**#2 MAIL COPY** [X]  SUSAN CORTINA, affirms and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On, 5/20/2024 deponent completed service by depositing a true copy of each document to the the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Certified Mail #:

I affirm on 05/21/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**SUSAN CORTINA**
InvoiceWorkOrder 2322997

**ONE WORLD JUDICIAL SERVICES, INC. - PO BOX 776-DEER PARK NY 11729    Lic # 1310235**

# AFFIRMATION OF SERVICE

**SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK**

| | |
|---|---|
| Index #: | **154321/2024** |
| Date Filed: | **May 10, 2024** |
| Court Date: | **June 5, 2024** |
| Assigned Justice: | |

ATTORNEY(S):MERSON LAW PLLC          PH: (212) 603-9100
ADDRESS: 950 Third Avenue, 18th Flr New York, NY 10022 File No.: 154321/2024

### KATHRYN ROBB

Plaintiff

### VS.

### GEORGE ROBB JR., ET AL.,

Defendant

_____ MARVIN SIMON _____, affirms and says: Deponent is not a party herein, is over 18 years
of age and resides in New York. On **Tuesday, May 21, 2024** at **3:57 PM** .

at _____ 44 S BROADWAY, WHITE PLAINS, NY 10601 _____ deponent served the within

**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), ORDER TO SHOW CAUSE, AFFIRMATION IN SUPPORT WITH EXHIBITS AND RJI**

on: _____ **Coffey Modica, LLP f/k/a Coffey Modica O'Meara, LLP f/k/a Coffey Modica O'Meara Capowsky LLP.** _____

**Defendant** therein named.

**#1 CORPORATION** By delivering to and leaving with __**MICHAEL COFFEY, Managing Agent**__ and that deponent knew the person so served to be the
☒          authorized agent of the corporation. and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**#2 DESCRIPTION** Sex: __Male__   Color of skin: __White__   Color of hair: ____Gray____   Age: __60-65__   Height: __6' - 6'2__
☒           Weight: __200-229__   Other Features:
(use with #1, 2 or 3)

**#3 WIT. FEES** $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
☐

**#4 OTHER**
☐

I affirm on **5·22** , 20**24** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that
the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

MARVIN SIMON
Server's Lic #
InvoiceWorkOrder 2323129

**One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729     Lic # 1310235**

1 of 1

INDEX NO. 154321/2024

Case 1:24-cv-04262-CM   Document 1-4   Filed 06/04/24 RECEIVED NYSCEF: 05/20/2024 Page 8 of 9

# AFFIRMATION OF SERVICE

| | |
|---|---|
| Index #: | 154321/2024 |
| **Date Filed:** | **May 10, 2024** |
| Court Date: | |
| Assigned Justice: | |

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

ATTORNEY(S):MERSON LAW PLLC     PH: (212) 603-9100
ADDRESS:  950 Third Avenue, 18th Flr New York, NY 10022 File No.: 154321/2024

### *KATHRYN ROBB*

*vs.*     *Plaintiff*

### *GEORGE ROBB JR., ET AL.,*

*Defendant*

_____ John Jones _____, affirms and says: Deponent is not a party herein, is over 18 years
of age and resides in New York. On     **Monday, May 13, 2024**     at     **9:36 AM** .

at _____ **4 W RED OAK LANE, SUITE 203, WHITE PLAINS, NY 10604** _____ deponent served the within

**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND VERIFIED COMPLAINT,
EXHIBIT(S)**

on: _____ **FULLERTON BECK, LLP** _____

 **Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 CORPORATION By delivering to and leaving with___ **KATHLEEN G. (REFUSED FULL LAST NAME), SECRETARY** and that deponent knew the
[X] person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on
behalf of the corporation.

#2 DESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]
(use with #1, 2 or 3)   Sex:  Female     Color of skin:   Black     Color of hair:   Brown     Age:   40     Height:  5ft4in-5ft8in
Weight:   131-160 lbs     Other Features:

#3 WIT. FEES
[  ]   $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER
[  ]

I affirm on 05/15/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the
foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



_____
John Jones
Server's Lic #
InvoiceWorkOrder 2322296

### *One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729*     *Lic # 1310235*

1 of 1

## AFFIRMATION OF SERVICE

| | |
|---|---|
| Index #: | 154321/2024 |
| Date Filed: | May 10, 2024 |
| Court Date: | |
| Assigned Justice: | |

**SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK**

ATTORNEY(S):MERSON LAW PLLC          PH: (212) 603-9100
ADDRESS:  950 Third Avenue, 18th Flr New York, NY 10022 File No.: 154321/2024

*KATHRYN ROBB*

*vs.*                                                                                      *Plaintiff*

*GEORGE ROBB JR., ET AL.,*

*Defendant*

John Jones , affirms and says: Deponent is not a party herein, is over 18 years of age and resides in New Jersey. On **Monday, May 13, 2024** at **9:15 AM** .

at          **200 E POST ROAD, SUITE 210, WHITE PLAINS, NY 10601**          deponent served the within

**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND VERIFIED COMPLAINT, EXHIBIT(S)**

on:          **Coffey Modica, LLP f/k/a Coffey Modica O'Meara, LLP f/k/a Coffey Modica O'Meara Capowsky LLP.**

**Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 CORPORATION By delivering to and leaving with **MRS BRUNGES, Secretary** and that deponent knew the person so served to be the authorized
[X]          agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

#2 DESCRIPTION  Sex: Female    Color of skin: Black        Color of hair: Black    Age: 20-30    Height: 5ft4in-5ft8in
[X]          Weight: 131-160 lbs    Other Features:
(use with #1, 2 or 3)

#3 WIT. FEES     $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
[ ]

#4 OTHER
[ ]

I affirm on 05/15/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



John Jones
Server's Lic #
InvoiceWorkOrder 2322295

*One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729     Lic # 1310235*