**LEWIS**
**BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

**Kevin D. Torge**
77 Water Street, Suite 2100
New York, New York 10005
Kevin.torge@lewisbrisbois.com
Direct: 646.783.0989

~~ENT~~
~~RONIC~~ LY FILED
~~#:~~
~~FILED:~~ 9/24/2024

September 20, 2024

File No. 25634.370

MEMO ENDORSED

**VIA ECF**
Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*OK, Conference adjourned
to 11/21/2024 at 10:00 Am

Colleen McMn
9/24/2024*

Re:   *Katheryn Robb v. George Robb, Jr., et al.*
      Case No. 1:24-cv-04262-CM

Dear Judge McMahon:

Our office represents Defendant Coffey Modica, LLP ("Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Practices and Procedures, Rules I(D) and the Order Scheduling an Initial Pretrial Conference, ¶ 4, (ECF #24) the Parties respectfully request, on consent, an adjournment of the Pre-Trial Conference currently scheduled on September 26, 2024, up to October 8, 2024, or another date more suitable for the Court.

The Parties request this adjournment due to the pending Motions to Dismiss which to date have not been fully briefed. In addition, the undersigned requests this adjournment because I am traveling overseas between September 19, 2024 and September 29, 2024.

This is the first request seeking to adjourn the Pre-Trial Conference. Thank you very much for your attention and consideration.

Respectfully submitted,

*Kevin D. Torge*
Kevin D. Torge, Esq.

CC: All counsel of record via electronic filing.

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · DELAWARE · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY · LOUISIANA
MARYLAND · MASSACHUSETTS · MINNESOTA · MISSISSIPPI · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK · NORTH CAROLINA
OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TENNESSEE · TEXAS · UTAH · VIRGINIA · WASHINGTON · WASHINGTON D.C. · WEST VIRGINIA
145965436.1