UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

KATHRYN ROBB,

       Plaintiff,

  -against-                                              24 civ. 4262 (CM)

GEORGE ROBB JR,. ET AL.,

       Defendants.

----------------------------------------x

## REQUEST FOR INFORMATION

McMahon, J.:

    In this action, which alleges in essence that the plaintiff was fraudulently induced to enter into a certain settlement agreement that has since been reduced to a judgment of the New York State Supreme Court, two of the named defendants are law firms which are organized as limited liability partnerships. Just as old fashioned law partnerships were citizens of every state of which any partner was a citizen, an LLP is a citizen of any and every state of which any member of the LLP is a citizen. In contravention (or more likely ignorance) of this court's rules – which require that LLPs and LLCs file a statement disclosing the names and citizenship of every member at the time the case is brought in or removed to federal court – I see no indication on the docket sheet that the two LLP Defendants have filed such a statement. If I overlooked something, I apologize, but no such statements are attached to the Consents to Removal filed by the two law firms. In the absence of such statements, it is impossible for the court to ascertain whether there actually is complete diversity in this case -- since, if any member of either of the defendant law firms is a citizen of the same state as Plaintiff (which is either Connecticut or Massachusetts, it is not entirely clear), there is not complete diversity. I cannot simply take the parties' word for this, since entirely too many lawyers are unaware of the rule, and think that an LLP or LLC is a citizen of its state of incorporation/principal place of business – like a regular corporation. That, however, is not the law.

    The defendant law firms have until Tuesday, October 1 at 5 PM to file with the court a declaration naming every partner of said law firm and the state of which that partner is a citizen. The relevant date for jurisdictional purposes is the date on which the lawsuit was filed. Please do not file anything else – just the requested statement.

Dated: September 25, 2024

                                                                                                    _____
                                                                                                        U.S.D.J.